

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00274-CR

Perry Ellis **MAYFIELD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 11-07-10728-CR
Honorable Richard C. Terrell, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 26, 2015.

_____
Rebeca C. Martinez, Justice